Michael E. Lindsey
Attorney at Law
State Bar No. 99044
4455 Morena Blvd., Ste. 207
San Diego, California 92117-4325
(858) 270-7000

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK TURNER, an individual, | Case No. 08 CV 0620 BTM RBB |
| Plaintiff, | NOTICE OF APPEARANCE |
| v. | |
| SATURN CORPORATION, a business entity form unknown, and DOES 1-30, inclusive, | |
| Defendants. | PLACE: 940 Front Street |
| | JUDGE: Hon. Barry T. Moskowitz |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT attorney Michael E. Lindsey hereby appears on behalf of the Plaintiff in the above-entitled action. This notice is filed in order to link attorney Lindsey's CM/ECF account to receive notice of filings in the action.

April 10, 2008

//S//_____
Michael E. Lindsey
Attorney for Plaintiff

NOTICE OF APPEARANCE, *Turner v. Saturn Corp.*, Case No. 08 CV 0620 BTM RBB           1