1  Michael E. Lindsey
   Attorney at Law
2  State Bar No. 99044
   4455 Morena Blvd., Ste. 207
3  San Diego, California 92117-4325
   (858) 270-7000
4
5  Attorney for Plaintiff
6
7
8              UNITED STATES DISTRICT COURT
9              SOUTHERN DISTRICT OF CALIFORNIA
10
11 PATRICK TURNER,              )    Case No. 08 CV 0620 BTM RBB
12                              )    JOINT MOTION TO DISMISS
              Plaintiff,         )
13                              )
14 v.                           )
                                )
15 SATURN CORPORATION,          )
16                              )
              Defendants.        )
17                              )
                                )    JUDGE: Hon. Ruben B. Brooks
18 ─────────────────────────────

19         THE PARTIES by and through their counsel hereby stipulate that the above
20 captioned action has been settled as to all matters and move that it be dismissed with
21 prejudice pursuant to FRCP 41 (a)(I).
22
23 July 21, 2008
                                     _____
24                                   Michael E. Lindsey
                                     Attorney for Plaintiff
25
26 July 21, 2008                     _____
                                     Amy L. Sjolander
27                                   Attorney for Defendant
                                     SATURN CORPORATION
28

JOINT MOTION TO DISMISS, *Turner v. Saturn Corp.*, Case No. 08 CV 0620 BTM RBB         1

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PATRICK TURNER, | ) | Case No. 08 CV 0620 BTM RBB |
| | ) | |
| Plaintiff, | ) | [PROPOSED] ORDER ON JOINT MOTION TO DISMISS |
| v. | ) | |
| | ) | |
| SATURN CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

IT IS HEREBY ORDERED that the above captioned action be dismissed with prejudice pursuant to FRCP 41 (a)(I).


DATE:_____


_____
UNITED STATES DISTRICT COURT

<u>PROOF OF SERVICE BY MAIL</u>
(Sections 1013a, 2015.5 C.C.P.)

STATE OF CALIFORNIA    )
                      ) ss.
COUNTY OF SAN DIEGO )

  I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action. My business address is: 4455 Morena Blvd., Ste. 207, San Diego, California 92117-4325.

  On the date shown below, I served the foregoing document described as:

JOINT MOTION TO DISMISS, [PROPOSED] ORDER ON JOINT MOTION TO DISMISS
Turner v. Saturn Corp., Case No. 08 CV 0620 BTM RBB

to the interested parties in this action by mail at San Diego, California addressed as follows:

Amy L. Sjolander
Ruben & Sjolander
1875 Century Park East, Ste. 1050
Los Angeles, CA, 90067

[X] (**BY EFILE**) The above document was served on the interested party named above by electronic means via Efile.

[ ] (**BY PERSONAL SERVICE**) I caused to be delivered such envelope by hand to the addressee.

[ ] (**STATE**) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X] (**FEDERAL**] I declare that I am a member of the bar of this court.

Executed on July 22, 2008, at San Diego, California.

                <u>/s/Michael E. Lindsey</u>
                Michael E. Lindsey