## MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

TURNER v. SATURN                                    Case No. 08CV620 BTM(RBB)
                                                    **Time Spent:** _

HON. RUBEN B. BROOKS    CT. DEPUTY VICKY LEE                    Rptr.

                              Attorneys
         Plaintiffs                              Defendants

PROCEEDINGS:  ____ In Chambers    ____ In Court    ____ Telephonic

The settlement disposition conference on August 8, 2008, at 8:00 a.m. is vacated.

The joint motion for dismissal was filed on July 22, 2008.


DATE: July 23, 2008        IT IS SO ORDERED:   /s/ Ruben Brooks
                                               Ruben B. Brooks,
                                               U.S. Magistrate Judge
cc: Judge Moskowitz                  INITIALS: VL (mg/irc) Deputy
    All Parties of Record

K:\COMMON\BROOKS\CASES\TURNER620\Minutes02.wpd