# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK TURNER,            ) | Case No. 08 CV 0620 BTM RBB |
| )                          | |
| Plaintiff,     ) | ORDER ON JOINT MOTION TO DISMISS |
| v.                         ) | |
| SATURN CORPORATION,  ) | |
| Defendants.   ) | |
| _____ ) | |

   IT IS HEREBY ORDERED that the above captioned action be dismissed with prejudice pursuant to FRCP 41 (a)(I).

DATED: July 28, 2008

_____
Honorable Barry Ted Moskowitz
United States District Judge